IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-cv-2527-AP**

**ADAM W. POWERS**,

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

---

## ORDER

Kane, J.

The Unopposed Motion for an Award of Reasonable Attorney Fees Under the Equal Access to Justice Act, filed September 2, 2005, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$3,750.00**.

Dated at Denver, Colorado, this 6th day of September, 2005.

                                      BY THE COURT:

                                      **S/John L. Kane**
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT